AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| | | |
|---|---|---|
| **1. Person Reporting** *(Last name, first, middle initial)*<br><br>Hardiman, Thomas M. | **2. Court or Organization**<br><br>Third Circuit Court of Appeals | **3. Date of Report**<br><br>May 14, 2008 |

**4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*

U.S. Circuit Judge - Active

**5. Report Type (check appropriate type)**

___ Nomination, Date _____

___ Initial __X__ Annual ___ Final

**6. Reporting Period**

01/01/07 to 12/31/07

**7. Chambers or Office Address**

2270 United States Courthouse
700 Grant Street
Pittsburgh, Pa. 15219

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer _____ Date_____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| **NONE** (No reportable positions.) | |
| Director | Big Brothers Big Sisters of Greater Pittsburgh, Inc. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| **[X] NONE** (No reportable positions.) | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| **[X] NONE** (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | |
|---|---|
| **[ ] NONE** (No reportable non-investment income.) | |
| 2007 | The First City Company |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | May 14, 2008 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| [X] **NONE** (No such reportable reimbursements.) | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [ ] **NONE** (No such reportable gifts.) | | |
| Academy of Trial Lawyers of Allegheny County | Honorary Membership | $ 500.00 |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [X] **NONE** (No reportable liabilities.) | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| *Place "(X)" after each asset exempt from prior disclosure.* | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 PNC Checking Account | A | Int. | K | T | | | | | |
| 2 ESB Bank Savings Account | C | Int. | M | T | | | | | |
| 3 PNC Money Market Account | C | Int. | M | T | | | | | |
| 4 Vanguard Prmcp Mut. Fund (MF) | A | Div. | K | T | | | | | |
| 5 Fulton Financial Stk (CS) | A | Div. | K | T | | | | | |
| 6 Evoxis Convertible Debt | | None | | | Liquidation | 12/31 | J | A | |
| | | | | | | | | | |
| WACHOVIA EQUITY ACCT. | | | | | | | | | |
| 7 Evergreen Money Market (MM) | D | Int. | K | T | | | | | |
| 8 American Axle & Mfg CS | A | Div. | J | T | | | | | |
| 9 American Int'l Grp. CS | A | Div. | K | T | Buy | 3/14 | J | | |
| 10 Apria Healthcare Group CS | | None | | | Sell | 2/21 | K | C | |
| 11 Armstrong World Industries CS | | None | J | T | Buy | 11/13 | J | | |
| 12 Bank New York Mellon CS | A | Div. | K | T | Buy | 6/15 8/15 | J J | | |
| 13 Barrick Gold Corp CS | A | Div. | K | T | Buy | 6/8 8/28 | J J | | |
| 14 Capital One Financial Corp CS | A | Div. | J | T | Buy | 11/27 | J | | |
| 15 Cisco Systems CS | | None | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001 $1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure. | Amt. Code 1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 16 Citigroup CS | A | Div. | | | Sell | 10/12 | J | D | |
| 17 Coca-Cola CS | A | Div. | K | T | | | | | |
| 18 Cooper Tire & Rubber CS | A | Div. | K | T | | | | | |
| 19 Covidien CS | A | Div. | J | T | Buy | 5/3 10/26 | J J | | |
| 20 Direct TV CS | | None | K | T | | | | | |
| 21 Ebay CS | | None | J | T | | | | | |
| 22 Fairchild Semiconductor CS | | None | | | Sell | 7/10 9/4 9/19 10/22 | J J J J | B C B C | |
| 23 Fannie Mae CS | A | Div. | | | Sell | 2/15 | K | A | |
| 24 First Marblehead Corp CS | A | Div. | K | T | Buy | 5/2 11/7 12/5 | J J J | | |
| 25 General Electric CS | A | Div. | K | T | Buy | 2/12 | J | | |
| 26 Hasbro CS | A | Div. | | | Sell | 2/8 | K | D | |
| 27 Helix Energy CS | | None | K | T | | | | | |
| 28 Home Depot CS | A | Div. | K | T | | | | | |
| 29 Magellan Health Svcs. CS | | None | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 30  Microsoft CS | A | Div. | K | T | | | | | |
| 31  Motorola CS | A | Div. | K | T | | | | | |
| 32  NCR CS | | None | K | T | | | | | |
| 33  Newell Rubbermaid  CS | A | Div. | K | T | | | | | |
| 34  Nokia Corp. ADR | A | Div. | K | T | | | | | |
| 35  Peak Int'l CS | | None | J | T | | | | | |
| 36  Pfizer CS | B | Div. | K | T | | | | | |
| 37  Pharmion Corp. CS | | None | K | T | | | | | |
| 38  Plato Learning CS | | None | J | T | | | | | |
| 39  Quantum Corp CS | | None | J | T | Buy | 2/13 | J | | |
| 40  Radyne Corp CS | | None | J | T | Buy | 5/21 | J | | |
| 41  Sanofi-Aventis CS | A | Div. | K | T | Buy | 6/7 6/14 | J J | | |
| 42  Sprint Corp. CS | A | Div. | K | T | | | | | |
| 43  Teradata CS (NCR spinoff) | | None | J | T | Buy | 10/1 | J | | |
| 44  Time Warner CS | A | Div. | K | T | Buy | 11/28 | J | | |
| 45  Tyco Electronics CS (Tyco spinoff) | A | Div. | J | T | Distribution | 7/2 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 46 Tyco CS | A | Div. | J | T | | | | | |
| 47 Vanguard Admiral MM | D | Div. | M | T | Buy | 9/5 | M | | |
| 48 U. S. Treasury Bill | | None | | | Sell | 1/13 | M | J | |
| 49 Wal-Mart CS | A | Div. | K | T | Buy | 3/9 | J | | |
| 50 Wilson Leather Exp. CS | | None | J | T | | | | | |
| 51 Winn-Dixie CS | | None | K | T | Buy | 1/3 | J | | |
| | | | | | | | | | |
| WACHOVIA BOND ACCT. | | | | | | | | | |
| 52 Evergreen MMF | A | Int. | J | T | | | | | |
| 53 ABN Amro Cap VII | B | Int. | J | T | | | | | |
| 54 American Int'l Grp | B | Int. | K | T | Buy | 5/31 | K | | |
| 55 Arch Capital Grp | A | Int. | J | T | Buy | 5/31 | J | | |
| 56 Barclays Bank PLC Pfd. Stk (PF) | B | Div. | K | T | Buy | 9/6 | K | | |
| 57 Deutsche Bank | B | Int. | K | T | Buy | 6/15 | K | | |
| 58 Duke Energy PF | A | Div. | J | T | | | | | |
| 59 Eaton Vance En. Equity MF | A | Div. | J | T | Buy | 1/26 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 60 Eaton Vance Gr. India MF | C | Div. | K | T | Buy | 5/31 | K | | |
| 61 Franklin Biotech MF | A | Div. | K | T | | | | | |
| 62 Investment Co. MF | A | Div. | K | T | | | | | |
| 63 Putnam New Opp. MF | A | Div. | J | T | | | | | |
| 64 Renaissance Re Hldgs PF | A | Int. | J | T | Buy | 6/15 | K | | |
| 65 Spectra Energy Corp PF (Duke Spinoff) | A | Div. | J | T | Distribution | 1/2 | J | | |
| 66 UnumProvident PF | A | Div. | | | Sell | 6/15 | K | D | |
| 67 Wash. Mut. Inves. MF | A | Div. | K | T | | | | | |
| 401(k) ACCOUNT #1 | | | | | | | | | |
| 68 Principal MM | A | Int. | J | T | | | | | |
| 69 Principal Large Cap MF | A | Div. | K | T | | | | | |
| 70 Principal Med. Co. Bld MF | A | Div. | J | T | | | | | |
| 71 Principal Sm. Co. Grwth MF | A | Div. | J | T | | | | | |
| 72 Principal Int'l Stock MF | A | Div. | J | T | | | | | |
| 73 Principal Fin. Grp Inc. | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | May 14, 2008 |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| *Place "(X)" after each asset exempt from prior disclosure.* | | | | | | If not exempt from disclosure | | | | |
| [ ] NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| | 401(k) ACCOUNT #2 | | | | | | | | | |
| 74 | Merrill Lynch | A | Int. | J | T | | | | | |
| 75 | LSI (f/k/a Agere Systems) CS | | None | J | T | | | | | |
| 76 | Central Europe & Russia MF | B | Div. | J | T | | | | | |
| 77 | Cisco Systems CS | | None | J | T | | | | | |
| 78 | Citigroup CS | A | Div. | J | T | | | | | |
| 79 | Dow Chemical CS | A | Div. | J | T | | | | | |
| 80 | EMC Corp CS | | None | J | T | | | | | |
| 81 | Ford Motor CS | A | Div. | J | T | | | | | |
| 82 | General Electric CS | A | Div. | J | T | | | | | |
| 83 | Intel CS | A | Div. | J | T | | | | | |
| 84 | Merck CS | A | Div. | J | T | | | | | |
| 85 | Nektar Therapeutics CS | | None | J | T | | | | | |
| 86 | Panacos Pharm. CS | | None | J | T | | | | | |
| 87 | Pfizer CS | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | May 14, 2008 |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 88 Qwest CS | | None | J | T | | | | | |
| 89 Sirius CS | | None | J | T | | | | | |
| 90 Wilsons Leather CS | | None | J | T | Buy | 7/16 | J | | |
| | | | | | | | | | |
| TRUST #1 | | | | | | | | | |
| 91 PNC Trust Account | A | Int. | J | T | | | | | |
| 92 AMCAP MF | A | Div. | K | T | | | | | |
| 93 Capital World Gr. & Income MF | A | Div. | K | T | Buy | 10/23 | K | | |
| 94 Europacific Growth MF | A | Div. | K | T | Buy | 10/23 | K | | |
| 95 Fundamental Inv. MF | A | Div. | K | T | | | | | |
| 96 Growth Fund of America MF | A | Div. | K | T | | | | | |
| 97 Investment Co of America MF | A | Div. | K | T | | | | | |
| 98 New Perspective MF | A | Div. | K | T | | | | | |
| 99 Washington Mutual Inv. MF | A | Div. | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII.  Page 8  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| TRUST #2 | | | | | | | | | |
| 100  PNC Trust Account | A | Int. | K | T | | | | | |
| 101  AMCAP MF | A | Div. | K | T | | | | | |
| 102  Capital World Gr. & Income MF | A | Div. | K | T | Buy | 10/23 | K | | |
| 103  Europacific Growth MF | A | Div. | K | T | Buy | 10/23 | K | | |
| 104  Fundamental Inv. MF | A | Div. | K | T | | | | | |
| 105  Growth Fund of America MF | A | Div. | K | T | | | | | |
| 106  Investment Co of America MF | A | Div. | K | T | | | | | |
| 107  New Perspective MF | A | Div. | K | T | | | | | |
| 108  Washington Mutual Inv. MF | A | Div. | K | T | | | | | |
| | | | | | | | | | |
| TRUST #3 | | | | | | | | | |
| 109  PNC Trust Account | A | Int. | J | T | | | | | |
| 110  AMCAP MF | A | Div. | L | T | | | | | |
| 111  Capital World Gr. & Income MF | A | Div. | J | T | Buy | 10/23 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 112  Europacific Growth MF | A | Div. | J | T | Buy | 10/23 | J | | |
| 113  Fundamental Inv. MF | A | Div. | L | T | | | | | |
| 114  Growth Fund of America MF | A | Div. | L | T | | | | | |
| 115  Investment Co of America MF | B | Div. | L | T | | | | | |
| 116  New Perspective MF | A | Div. | L | T | | | | | |
| 117  Washington Mutual Inv. MF | B | Div. | L | T | | | | | |
| | | | | | | | | | |
| TRUST #4 | | | | | | | | | |
| 118  PNC Trust Account | A | Int. | J | T | | | | | |
| 119  AMCAP MF | A | Div. | L | T | | | | | |
| 120  Fundamental Inv. MF | B | Div. | L | T | | | | | |
| 121  Growth Fund of America MF | A | Div. | L | T | | | | | |
| 122  Investment Co of America MF | B | Div. | L | T | | | | | |
| 123  New Perspective MF | B | Div. | L | T | | | | | |
| 124  Washington Mutual Inv. MF | B | Div. | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | May 14, 2008 |

## VII. Page 10 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| | | | | | | | | | |
| REAL ESTATE PARTNERSHIPS | | | | | | | | | |
| 125 West Moon Twp. Assoc. | D | Dist. | M | U | | | | | |
| 126 Bensalem Realty Assoc. | F | Dist. | N | U | | | | | |
| 127 Rodi Land Assoc. | D | Dist. | M | U | | | | | |
| 128 FC Donegal Assoc. | A | Dist. | J | U | | | | | |
| 129 First Cit  GA Partners | E | Dist. | N | U | | | | | |
| 130 First Cit  WV Partners | A | Dist. | J | U | | | | | |
| 131 McIntyre Square Associates | D | Dist. | M | U | | | | | |
| 132 FC Hampton LP | A | Dist. | J | U | | | | | |
| | | | | | | | | | |
| SCHWAB ACCOUNT | | | | | | | | | |
| 133 3M CS | A | Div. | J | T | | | | | |
| 134 Allegheny County Bond  BD | B | Int. | K | T | | | | | |
| 135 AmerisourceBergen Corp CS | A | Div. | J | T | Buy | 9/28 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | May 14, 2008 |

## VII. Page 11 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 136 Baker Hughes CS | A | Div. | J | T | Buy | 2/1 | J | | |
| 137 Bard CR Inc. CS | | None | J | T | | | | | |
| 138 Becton Dickinson CS | | None | K | T | | | | | |
| 139 Bentworth School Dist. BD | B | Int. | K | T | | | | | |
| 140 BP PLC ADR | A | Div. | J | T | | | | | |
| 141 CBL & Assoc REIT | | None | | | Sell | 6/19 | J | A | |
| 142 Central Bucks Pa BD | B | Int. | K | T | Buy | 2/15 | K | | |
| 143 Clarcor CS | A | Div. | K | T | | | | | |
| 144 Comcast CS | | None | J | T | | | | | |
| 145 Dentsply CS | A | Div. | K | T | | | | | |
| 146 Downington Pa. School Dist. BD | B | Int. | K | T | | | | | |
| 147 Eaton Corp CS | A | Div. | J | T | | | | | |
| 148 Emerson Elec. CS | A | Div. | J | T | | | | | |
| 149 Exxon Mobil CS | A | Div. | K | T | | | | | |
| 150 Fox Chapel School Dist. BD | B | Int. | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | May 14, 2008 |

## VII. Page 12 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure. | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 151 Gallagher Arthur CS | A | Div. | | | Sell | 12/3 | J | A | |
| 152 General Electric CS | A | Div. | J | T | | | | | |
| 153 IBM CS | A | Div. | K | T | | | | | |
| 154 ITT Corp. CS | A | Div. | J | T | | | | | |
| 155 Ingersoll Rand CS | | None | J | T | Buy | 12/24 | J | | |
| 156 Johnson & Johnson CS | A | Div. | J | T | | | | | |
| 157 Kimberly-Clark CS | A | Div. | K | T | | | | | |
| 158 Leggett & Platt CS | A | Div. | J | T | | | | | |
| 159 Liberty Property REIT | | None | | | Sell | 6/19 | J | A | |
| 160 Lower Merion Twp. BD | B | Int. | K | T | Buy | 2/3 | K | | |
| 161 McGraw Hill CS | A | Div. | J | T | | | | | |
| 162 Nokia CS | A | Div. | J | T | | | | | |
| 163 Northhampton Cty BD | B | Int. | K | T | | | | | |
| 164 Pepsico CS | A | Div. | K | T | | | | | |
| 165 Pfizer CS | A | Div. | | | Sell | 12/8 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P =$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 13 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Ty e (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 166 PNC Financial CS | | None | J | T | Buy | 12/3 | J | | |
| 167 Schwab MM | A | Int. | J | T | | | | | |
| 168 Somerset Cty BD | A | Int. | J | T | | | | | |
| 169 Sysco Corp. CS | A | Div. | J | T | Buy | 11/24 | J | | |
| 170 Unilever CS | A | Div. | K | T | | | | | |
| 171 United Parcel Svc. CS | A | Div. | J | T | Buy | 3/8 | J | | |
| 172 Wells Fargo CS | | None | J | T | Buy | 12/3 | J | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Thomas M. Hardiman | May 14, 2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____           Date _____May 14, 2008_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

                                Committee on Financial Disclosure
                                Administrative Office of the
                                  United States Courts
                                Suite 2-301
                                One Columbus Circle, N.E.
                                Washington, D.C. 20544